# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143877

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SHARON D. CIVILS,
      Plaintiff-Appellant,

v

DEPARTMENT OF INFORMATION AND
TECHNOLOGY,
      Defendant-Appellee.

SC: 143877
COA: 303367
WCAC: 10-000118

_____/

On order of the Court, the application for leave to appeal the September 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

t0123